■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EMIL SORENSON, Appellant. [639 NYS2d 726]

Contrary to the defendant's contention, his sentence, which was to run consecutively to the sentences previously imposed upon the defendant's convictions in an unrelated manslaughter case (*People v Sorenson,* 225 AD2d 566 [decided herewith]) was not excessive (*see,* Penal Law § 70.25 [1]; *People v Rivera,* 131 AD2d 892). Bracken, J. P., Sullivan, Santucci and Krausman, JJ., concur.